

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAVIER ARELLANO QUINONES,<br><br>Appellant,<br><br>v.<br><br>THE STATE OF TEXAS,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-21-00052-CR<br><br>Appeal from the<br><br>346th District Court<br><br>of El Paso County, Texas<br><br>(TC# 20160D01014-346-1) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.